JACQUELINE GOTTESMAN, Respondent, v. JACK GOTTESMAN, Appellant.—

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.